**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

<u>**MINUTES OF PROCEEDINGS**</u>

| | |
|---|---|
| **HONORABLE JUAN M. PEREZ-GIMENEZ** | **DATE: September 19, 2012** |
| **LAW CLERK: Priscila ACEVEDO** | **CIVIL NO. 10-1256** |

**TOMAS R WEST,**

**v.**

**ESTEBITA MOTORS, INC., ET AL.**

STATUS CONFERENCE held in chambers.

- Present were attorneys Julie A. Soderlund on behalf of plaintiff; Pablo H. Montaner-Cordero on behalf of co-defendant Servicio Dodge, Chrysler & Jeep.

- The parties informed the Court that they have been unable to reach a settlement agreement that would dispose of the instant case because they are far apart. The parties discussed the merits of the claim with the court.

- The plaintiff informed the court that it is in the process of filing requests for post-judgment remedies against defendant Estebita Motors, Inc., which has been found to be in default.

- Further status conference set for December 14, 2012 at 10:30a.m..

- Jury trial is expected to last three days. Trial is set to commence on February 25, 2013 at 9:30a.m..

.

s/ Priscila Acevedo<br>Law Clerk