**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| TOMAS R. WEST,<br><br>    Plaintiff,<br><br>        v.<br><br>SERVICIO DODGE, CHRYSLER & JEEP A.K.A. MECANICA JEEP,<br><br>    Defendant. | CIVIL NO. 10-1256 (PG) |

**PARTIAL JUDGMENT**

WHEREFORE, having the plaintiff and co-defendant Servicio Dodge, Chrysler & Jeep reached a confidential agreement, the Court hereby **ORDERS and ADJUDGES** that the case be **DISMISSED WITH PREJUDICE** without the imposition of costs and attorneys fees, but the Court will retain jurisdiction until the terms and conditions of the settlement agreement are implemented and fully complied with.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, March 18, 2013.

                                        **s/ JUAN M. PÉREZ-GIMÉNEZ**
                                        **JUAN M. PÉREZ-GIMÉNEZ**
                                        **UNITED STATES DISTRICT JUDGE**