IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Thomas R. West <br><br> Plaintiff <br><br> v. <br><br> Estebita Motors, et al <br><br> Defendants | **Civil No. : 3:10-cv-10-01256-JPG** <br><br> **Jury Trial Demanded** |

**MOTION IN COMPLIANCE WITH ORDER IN DKT. 120**

**TO THE HONORABLE COURT:**

**NOW COMES PLAINTIFF** through the undersigned counsel land most respectfully **STATES AND PRAYS** as follows:

1. In docket no. 120 the Court ordered us to file the certificate of service upon DTOP and Departamento de Hacienda the service of its order.

2. We herein include as EXHIBIT 1, with page 1 the evidence of the service on Hacienda and in page 2 the evidence of service on DTOP.

**WHEREFORE** we respectfully request this most Honorable Court to consider the order complied with in its entirety.

**NOTICE:** I hereby certify that I have filed the foregoing with the CM/ECF system of this court which will notify the parties of interest in this action.

1

**RESPECTFULLY SUBMITTED** on this 13th day of February, 2014, in San Juan, Puerto Rico.

S/ Julie Soderlund
**Julie Soderlund**
**Attorney for Plaintiff**
**USDC-PR 210205**
**POSTAL:** PO Box 367761
San Juan, Puerto Rico 00936-7761
Telephone no.: (787) 721-6880
FAX no.: (787) 998-6880
soderlund.law@gmail.com
